**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-5** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **DANIEL RODRIGUEZ** | : | |

## <u>ORDER</u>

AND NOW, this 8th day of August, 2016, upon consideration of the motion (Doc. 152) for summary judgment in favor of the petition (Doc. 144) to vacate, set aside, or correct the imposed sentence under 28 U.S.C. § 2255, filed by defendant Daniel Rodriguez ("Rodriguez"), wherein Rodriguez asserts that the government's response to his petition (Doc. 144) was due by August 1, 2016 but that the government submitted no response, and that the court should consequently rule in his favor, and the court observing its order (Doc. 151) dated July 20, 2016, wherein the court granted the government's motion (Doc. 150) for an extension of time to file its response, and accordingly extended the deadline to September 1, 2016, and the court thus finding that there are no grounds for the filing of Rodriguez's instant motion, and further noting that it does not opine herein on the merits of Rodriguez's pending Section 2255 petition, it is hereby ORDERED that the motion (Doc. 152) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania