# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-5** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **DANIEL RODRIGUEZ,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of November, 2017, upon consideration of the motion (Doc. 144) to vacate, set aside, or correct a sentence filed by defendant Daniel Rodriguez ("Rodriguez") pursuant to 28 U.S.C. § 2255, in addition to the motion (Doc. 159) to appoint counsel, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Rodriguez's motion (Doc. 144) to vacate, set aside, or correct his sentence is DENIED.

2. Rodriguez's motion (Doc. 159) to appoint counsel is DENIED as moot.

3. The court finds no basis to issue a certificate of appealability. See FED. R. APP. P. 22(b)(1); 28 U.S.C. § 2253.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania